# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-07204 JAK (AJWx) | Date | June 30, 2011 |
| Title | Donald McMackin v. Praxair Incorporated | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 28, 2011, defendant filed "Joint Report Re Results of Mediation" [32] stating that the parties were able to reach a settlement. The Court sets an Order to Show Cause re Dismissal for August 1, 2011 at 10:30 a.m. If the parties file a dismissal by July 29, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference and Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                    : 

Initials of Preparer   ak