| | |
|---|---|
| 1 | CONNIE L. MICHAELS, Bar No. 128065 |
| 2 | MATTHEW J. SHARBAUGH, Bar No. 260830<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>2049 Century Park East, 5th Floor |
| 4 | Los Angeles, CA 90067.3107<br>Telephone: 310.553.0308 |
| 5 | Facsimile: 310.553.5583<br>E-mail: cmichaels@littler.com |
|  | msharbaugh@littler.com |
| 6 |  |
| 7 | TODD K. BOYER, Bar No. 203132<br>LITTLER MENDELSON |
| 8 | A Professional Corporation<br>50 W. San Fernando, 15th Floor |
| 9 | San Jose, CA 95113.2303<br>Telephone: 408.998.4150 |
| 10 | Facsimile: 408.288.5686<br>E-mail: tboyer@littler.com |
| 11 | *Attorneys for Defendant*<br>PRAXAIR, INC. |
| 12 | [ADDITIONAL COUNSEL ON NEXT PAGE] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald McMackin, | Case No. CV10-7204 JAK (AJWx) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN A. KRONSTADT |
| v. | **ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| Praxair, Inc., |  |
| Defendant. | **JS-6** |
|  | [FED. R. CIV. P. 41(a)] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

GEORGE C. AUCOIN
Law Offices of George C. Aucoin, APLC
547 Labarre Street
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile: (985) 951-7490
Email: aucoingc@att.net

THOMAS G. JARRARD, WA State Bar # 39774
Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street
Spokane, WA 99203
Telephone: (425) 239-7290
Facsimile: (509) 326-2932
E-mail: tjarrard@att.net

*Attorneys for Plaintiff*
DONALD MCMACKIN

1.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald McMackin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Praxair, Inc.,<br><br>　　　　　Defendant. | Case No. CV10-7204 JAK (AJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN A. KRONSTADT<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)] |

Upon consideration of the parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: July 19, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2